**ORDERED ACCORDINGLY.**

Dated: February 10, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00224/0078476967

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Patricia Ann Callahan<br>         Debtor.<br>───────────────────────<br>Wells Fargo Bank, N.A.<br>         Movant,<br>     vs.<br><br>Patricia Ann Callahan, Debtor, Jill H. Ford, Trustee.<br><br>         Respondents. | No. 2:09-BK-28968-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 28, 2007 and recorded in the office of the Clark County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Patricia Ann Callahan has an interest in, further described as:

> PARCEL NO.1:
> UNIT 1049 IN ElUILDING 7 OF GRAND CANYON VILLAGE CONDOMINIUMS, AS SHOWN
> BY THE FINAL PLAT THEREOF ON FILE IN BOOK 124 OF PLATS, PAGE 64, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.
>
> PARCEL NO.2:
> AN UNDIVIDED 0,0033% INTEREST IN THE COMMON ELEMENTS AS SHOWN BY THE
> FINAL PLAT REFERENCED HEREINABOVE AND AS FURTHER PROVIDED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS ANO RESTRiCTIONS AND RESERVATION OF EASEMENTS FOR GRAND CANYON VILLAGE CONDOMINIUMS, RECORDED IN BOOK 20050525 AS DOCUMENT NO. 0001629, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.
>
> PARCEL NO.3:
> AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NUMBER 249 AS SHOWN ON THE FINAL PLAT REFERENCED HEREINABOVE AND ANY LIMITED COMMON ELEMENTS, APPURTENANT THE UNIT AS SHOWN BY THE FINAL PLAT REFERENCED
> HERE':INAI30VE' AND AS FURTHER PROVIDED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR GRAND CANYON VILLAGE CONDOMINIUMS, RECORDED IN BOOK 20050525 AS DOCUMENT NO. 0001629, OFFICIAL RECORDS. CLARK COUNTY, NEVADA.
>
> PARCEL NO.4:
> NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE ENJOYMENT AND OTHER PURPOSES AS DESCRIBED IN THAT CERTAIN DECLARATION 01" COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR GRAND CANYON VILLAGE CONDOMINIUMS, RECORDED IN BOOK 20050525 AS DOCUMENT NO. 0001629, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT